389 A.2d 689

Fraiser, Appellant, v. Buchhardt's Garage.

Submitted March 21,

1977. Brenda C. Fraiser, appellant, in propria persona; No appearance entered nor brief submitted for appellee.

Order affirmed.

WATKINS, former P. J., did not participate in the consideration or decision of this case.